UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEHRDAD NIKOONAHAD,<br><br>   Plaintiff,<br><br>   v.<br><br>GREENSPUN CORPORATION, et al.,<br><br>   Defendants. | Case No.: C 10-1247 PVT<br><br>**ORDER REFERRING THIS CASE TO MAGISTRATE JUDGE HOWARD R. LLOYD FOR CONSIDERATION OF WHETHER CASE IS RELATED TO CASE NO. C 09-02242 HRL** |

Defendants indicated in their Notice of removal and on the civil cover sheet filed with their notice of removal that this action is related to Case No. C 09-2242 HRL (which is entitled *Mehrdad Nikoonahad v. Greenspun Corporation, et al.*). Thus, it is appropriate to consider whether these two cases are "related" such that they should be assigned to the same judge. *See* Civil L.R. 3-12(c). Therefore,

IT IS HEREBY ORDERED that this case is referred to Judge Lloyd for consideration of whether the present case is related to the earlier filed case.

Dated: *March 30, 2010*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*